Derek W. Loeser, WSBA #24274
Gretchen Freeman Cappio, WSBA #29576
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Alison E. Chase, *Pro Hac Vice*
Matthew J. Preusch, *Pro Hac Vice*
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

| | |
|---|---|
| MONTY AND MICHELLE COORDES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 2:19-cv-00052-TOR<br><br>**STIPULATED MOTION REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS**<br><br>1/9/2020<br>Without Oral Argument |

**STIPULATED MOTION REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS**

THE PARTIES, through their counsel of record, hereby stipulate and move this Court for an Order Regarding Production of Electronically Stored Information And Paper Documents.

A proposed form of Order is filed herewith.

DATED: December 10, 2019

| By: *s/ Alison E. Chase* | By: *s/ Stacie C. Knight* |
|---|---|
| Derek W. Loeser, WSBA #24274 | Amanda L. Groves, *Pro Hac Vice* |
| Gretchen Freeman Cappio, WSBA #29576 | Kobi K. Brinson, *Pro Hac Vice* |
| **KELLER ROHRBACK L.L.P.** | Stacie C. Knight, *Pro Hac Vice* |
| 1201 Third Avenue, Suite 3200 | **WINSTON & STRAWN, LLP** |
| Seattle, WA 98101-3052 | 300 South Tryon Street, 16th Floor |
| Telephone: (206) 623-1900 | Charlotte, NC 28202 |
| Facsimile: (206) 623-3384 | |
| | Rudy A. Englund, WSBA #04123 |
| Alison E. Chase, *Pro Hac Vice* | Pilar C. French, WSBA #33300 |
| Matthew J. Preusch, *Pro Hac Vice* | Erin M. Wilson, WSBA #42454 |
| **KELLER ROHRBACK L.L.P.** | **LANE POWELL pc** |
| 801 Garden Street, Suite 301 | 1420 Fifth Ave. No. 4200 |
| Santa Barbara, CA 93101 | P O Box 91302 |
| Telephone: (805) 456-1496 | Seattle, WA 98111-9402 |
| Facsimile: (805) 456-1497 | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**STIPULATED MOTION REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS** - 1

## CERTIFICATE OF SERVICE

I, Alison E. Chase, hereby certify that on December 10, 2019, I electronically filed the **STIPULATED MOTION REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS** with the Clerk of the United States District Court for the Eastern District of Washington using the CM/ECF system, which shall send electronic notification to all counsel of record.

*s/ Alison E. Chase*
Alison E. Chase

STIPULATED MOTION REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS - 2

KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384